CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE: US v.s. Jason Matthews

FOR / AT:

LOCATION NUMBER: filed in open court 6/30/04

PERSON REPRESENTED (Show your full name): Jason Matthews

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-1809
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now ☐ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Welch, Salem MA
- IF YES, how much do you earn per month? $ 2,000/Mo
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 0
DESCRIPTION:

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | CREDIT CARDS | $ 3000 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/30/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Jason Matthews