AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

v.

JASON MATTHEWS

## WARRANT FOR ARREST

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jason Matthews___
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

Charles B. Swartwood, Jr.                    U.S. Magistrate Judge
Name of Issuing Officer                       Title of Issuing Officer

_[signature]_                                 06-29-2004    Boston, MA
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 7/1/04

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jason Matthews

ALIAS:

LAST KNOWN RESIDENCE: 57 Prospect Street, Apt. 1, Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Gloucester, MA

DATE OF BIRTH (4 digit year): 00-00-1980

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 4102

HEIGHT: 5'8"                                         WEIGHT: 190

SEX: M                                               RACE: W

HAIR: Brown                                          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: 667929HB6

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA