UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 AUG -2  P 2: 46

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-MJ-1809-CBS |
| v. | ) |
| | ) |
| CARLOS ESPINOLA | ) |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-captioned case.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By:

                                *Michael J. Pelgro /c.g.*
                                MICHAEL J. PELGRO
                                Assistant U.S. Attorney
                                (617) 748-3246

Dated: August 2, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

*Michael J. Pelgro /c.q.*
MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY