UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.

JASON MATTHEWS
57 Prospect Street
Gloucester, MA 01930

CRIMINAL NO.
04-1809-CBS

---

YOU ARE HEREBY SUMMONED to appear before the U.S. Magistrate Judge at the time, date and place set forth below for an **Initial Appearance.**

PLACE:
  U.S. DISTRICT COURT
  **595 Main Street**
  **WORCESTER**, MA 01608

**COURTROOM #1, 5th FLOOR**
DATE AND TIME:
**September 20, at 2:30 p.m.**

---

for:

**REVOCATION OF SUPERVISED RELEASE HEARING**

---

**TO THE DEFENDANT:** You should appear with **your attorney** at the time and place given above. Failure to appear will result in the issuance of a warrant for your arrest.

CHARLES B. SWARTWOOD, III,
MAGISTRATE JUDGE

Dated: September 8, 2004

/S/ Lisa B. Roland
Lisa B. Roland
Deputy Clerk
(508) 929-9905

**YOU MUST HAVE 2 FORMS OF ID TO ENTER THE BUILDING.**