UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent Essex County Correctional Facility, 20 Manning Avenue, Middleton, MA,

YOU ARE COMMANDED to have the body of ___Jason Matthews___ now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No. __1__ ____, on the 5TH floor, Worcester, Massachusetts on ___September 23, 2004___, at __11:00__ A. M. for the purpose of _____Revocation Hearing_____ in the case of    UNITED STATES OF AMERICA V. ___Jason Matthews___

CR Number         04-1809-CBS

And you are to retain the body of said ___Jason Matthews___ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ___Miguel Garcia___ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 17th    day of    September                    , 2004.


 Charles B. Swartwood, III
UNITED STATES MAGISTRATE JUDGE

TONY ANASTAS, CLERK

                                          By: /s/ Lisa B. Roland
                    SEAL                  Lisa B. Roland (508)929-9905
                                          Deputy Clerk

(Habcorp.wrt - 10/96)                                    [kwhcap.] or
                                                         [kwhcat.]