UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Docket No. 04-1809-05-CBS |
| ) | |
| Jason Mathews, Defendant ) | |

### JOINT MOTION FOR CONTINUANCE

The Government and the Defendant jointly move that the hearing on revocation of the Defendant's bail be rescheduled from September 23, 2004, to October 4, 2004 at 2:15 P.M.

The parties further move that the Defendant's arraignment on the indictment, which has now been returned, be scheduled for the same date and time.

_____
A.U.S.A. David Tobin
Attorney for the Government

_____
Richard M. Welsh
Attorney for the Defendant